UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

          Plaintiff,

v.

Three Thousand Four Hundred and Fifty
Dollars ($3,450.00) in U.S Currency; One
Hundred Thirty-Five Thousand Two
Hundred Thirty Dollars ($135,230.00) in
U.S Currency; Walter PPS 9mm Handgun
S/N AT5149, One 9mm magazine, and
6 rounds of 9mm Ammunition; and
Smith & Wesson 17 .22 Caliber Revolver,

          Defendants *in Rem*.

Case No. 4:23-cv-11604
Honorable F. Kay Behm

---

## Default Judgment and Final Order of Forfeiture

---

This matter came before the Court on Plaintiff United States of America's ("United States") Motion for Entry of Default Judgment Against all Interested Parties and Final Order of Forfeiture of the Defendants *in Rem*. The Court has reviewed the Motion and the record in this case and being fully aware of the issues, Orders as follows:

**IT IS ORDERED** that the United States' Motion for Entry of Default Judgment Against All Interested Parties and Final Order of Forfeiture of the Defendants *in Rem* is **GRANTED** and Default Judgment is **ENTERED** in favor of

the United States.

**IT IS FURTHER ORDERED** that the Defendants *in Rem,* which consists of the following: Three Thousand Four Hundred and Fifty Dollars ($3,450.00) in U.S Currency (21-DEA-677202); One Hundred Thirty-Five Thousand Two Hundred Thirty Dollars ($135,230.00) in U.S Currency (21-DEA-677203); Walter PPS 9mm Handgun S/N AT5149, One 9mm magazine, and 6 rounds of 9mm Ammunition (21-DEA-677278); Smith & Wesson 17.22 Caliber Revolver (21-DEA-677283) is **FORFEITED** to the United States under 21 U.S.C. § 881(a)(6) and (11) and a Final Order of Forfeiture as to the Defendants *in Rem* is **GRANTED** and **ENTERED**. Any right, title, or ownership interest of all interested parties, or their successors and assigns, in the Defendants *in Rem*, is forever **EXTINGUISHED** and clear title to the Defendants *in Rem* is **VESTED** in the United States.

The Drug Enforcement Administration (DEA), or its designee, is **AUTHORIZED** to dispose of the Defendants *in Rem* according to law.

This is a final order and closes the case.

Dated: April 9, 2026                    s/F. Kay Behm
                                        F. Kay Behm
                                        United States District Judge

2